UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOSE VILLANUEVA,<br><br>  Plaintiff,<br><br>  v.<br><br>BOB FAULKNER, et al.,<br><br>  Defendants. | Case No. 2: 24-cv-01829-GMN-EJY<br><br>**ORDER** |

Plaintiff, proceeding *pro se*, submitted a Civil Rights Complaint under 42 U.S.C. § 1983 together with his Financial Certificate and inmate trust fund account statement on September 30, 2024. ECF Nos. 1, 1-1. Plaintiff did not pay the $405 filing fee to commence a civil action and failed to file an application to proceed *in forma pauperis*. In order to proceed without prepaying the filing fee Plaintiff may apply for *in forma pauperis* status under 28 U.S.C. § 1915(a) and Local Rule LSR 1-2. To do so, Plaintiff must submit **three** required documents to the Court. These include: (1) a completed **Application to Proceed *in forma pauperis* for Inmate**, on this Court's approved form (*i.e.* pages 1 through 3 with the inmate's two signatures on page 3), (2) a **Financial Certificate** properly signed by both the inmate and a prison or jail official (i.e. page 4 of this Court's approved form), and (3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**.

Based on the foregoing, IT IS HEREBY ORDERED that Plaintiff's application to proceed *in forma pauperis* (ECF No. 1) is DENIED without prejudice.

IT IS FURTHER ORDERED that on or before **November 12, 2024**, Plaintiff must either pay the $405 filing fee to commence a civil action or file: (1) a complete **Application to Proceed *in Forma Pauperis* for Inmate** on the Court's approved form; (2) a **Financial Certificate** properly signed by both the inmate and a prison or jail official; and (3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**.

IT IS FURTHER ORDERED that the Clerk of the Court **must** send Plaintiff the application to proceed *in forma pauperis* for inmates together with the information and instructions for filing the same.

IT IS FURTHER ORDERED that the Court will retain Plaintiff's Complaint (ECF No. 1-1) but will not file it at this time.

IT IS FURTHER ORDERED that failure to pay the $405 filing fee or file a complete application to proceed *in forma pauperis* on or before **November 12, 2024**, will result in a recommendation to dismiss this action **without prejudice**.

DATED this 11th day of October, 2024.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE