AARON D. FORD
Attorney General
VICTORIA C. COREY, Bar No. 16364
Senior Deputy Attorney General
State of Nevada
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, Nevada 89119
(702) 486-0849 (phone)
(702) 486-3768 (fax)
Email: vcorey@ag.nv.gov

*Attorneys for Interested Party,*
*Nevada Department of Corrections*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSE VILLANUEVA, | Case No. 2:24-cv-01829-GMN-EJY |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| BOB FAULKNER,, *et al.*, | |
| Defendants. | |

IT IS HEREBY STIPULATED between Interested Party, by and through counsel, Aaron D. Ford, Attorney General for the State of Nevada, and Victoria C. Corey, Senior Deputy Attorney General, of the State of Nevada, Office of the Attorney General, and Jose Villanueva, Plaintiff, pro se, under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, that the above-captioned action shall be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

///
///
///
///
///
///

Page 1

The Parties resolved this matter in its entirety and agree that the Court may accordingly close the case, with prejudice. Any outstanding deadlines are considered moot. The Parties respectfully request the Court vacate any future court date(s) and order the matter closed and off call.

DATED this 20th day of October 2025.

DATED this 20th day of October 2025.
AARON D. FORD
Attorney General

By:

JOSE VILLANUEVA, #91673
Plaintiff, pro se

/s/ Victoria C. Corey
VICTORIA C. COREY, (Bar No. 16364)
Attorneys for Interested Party

## ORDER

**IT IS SO ORDERED.** This matter is DISMISSED WITH PREJUDICE, any future deadlines and court dates are vacated, and the Clerk is directed to close the case.

DATED _____ October 20, 2025.

_____
UNITED STATES DISTRICT JUDGE

Page 2